UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-74 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| DERECK VINCENT FESOLAI, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Fesolai*, case no. 2:17-cr-00074-JCM-NJK-1. Petitioner Dereck Vincent Fesolai ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (ECF No. 51). The court has examined the petition and finds that further briefing may be appropriate, particularly in light of the Supreme Court's decision in *Rehaif v. United States,* 139 S. Ct. 2191 (2019).

However, petitioner indicates that "a brief in support of [the instant] motion is attached." (ECF No. 51). No such brief was attached. *See id.* Without that brief, nothing but threadbare allegations of ineffective assistance of counsel and a cursory argument under *Rehaif* are before the court. Consequently, the court will deny petitioner's motion without prejudice. Petitioner may refile his petition with a brief attached.

Accordingly,

IT IS HEREBY ORDERED that petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (ECF No. 51) be, and the same is, DISMISSED without prejudice.

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS SO ORDERED.

2    The clerk is instructed to file this order in the instant matter and in the related civil case,

3 no. 2:19-cv-01931-JCM.

4    DATED November 22, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -